UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE LAMAR WILBURN,<br><br>   Petitioner,<br><br>   v.<br><br>KATHLEEN ALISON,<br><br>   Respondent. | Case No. 2:22-cv-01947-KJM-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 17 |

Petitioner has filed a motion for an extension of time to file an opposition to respondent's motion to dismiss. ECF No. 17. Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 17, is granted.

2. Petitioner is granted up and until March 13, 2023, to file an opposition to respondent's motion to dismiss.

IT IS SO ORDERED.

Dated:   February 2, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE