IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRENCE LAMAR WILBURN,** | Case No. 2:22-cv-01947-KJM-JDP |
| Petitioner, | **[PROPOSED]** ORDER |
| v. | |
| **KATHLEEN ALISON,** | |
| Respondent. | |

Respondent has moved for a 60-day enlargement of time to file a reply to Petitioner's opposition to Respondent's motion to dismiss.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's request is granted. The response to Petitioner's opposition shall be filed on or before May 8, 2023.

IT IS SO ORDERED.

Dated:   March 10, 2023                           _____
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE